FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 OCT 19 AM 11: 11

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

NOEL BANGO,

        Plaintiff,

vs.                            Case No. 2:07-cv-250-FtM-34SPC

GEORGE ZOLEY; TIMOTHY BUDZ; JILL BRANCH; VALERIA MOORE; EUGENE HERMAN; EMANOILIDIS,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE[1]

This matter comes before the Court upon periodic review of the file. On August 16, 2007, the Court directed Plaintiff to file an Amended Complaint within thirty (30) days from the date on the Order. See Order at Doc. #12. The Court warned that Plaintiff's failure to comply with the Court's Order would result in the dismissal of his action without further notice. Id. As of the date on this Order, Plaintiff has failed to file an amended complaint or otherwise move for an extension of time to file an amended complaint.

The Court has taken reasonable steps to provide Plaintiff an opportunity to file an amended complaint and Plaintiff was put on notice that the case would be dismissed if he failed to timely

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

comply with the August 16, 2007, Order. A case cannot be permitted to linger on the Court's docket indefinitely. Local Rule 3.10(a) provides, in pertinent part, that when it appears that any case is not being diligently prosecuted the Court may dismiss the case for want of prosecution. The Court finds that Plaintiff has failed to prosecute this action and the case is due to be dismissed. Because the Court is dismissing this action without prejudice, Plaintiff may initiate a new action if he wishes to prosecute this claim.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of the Court** shall: 1) enter judgment dismissing this case without prejudice; 2) terminate any outstanding motions; and 3) close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on this 19th day of October, 2007.

*[signature]*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record